

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN SIMON, individually and assignee of assignors, DOES 1-7, | CIVIL NO. **1:01-CV-1011** |
| Plaintiff | (Judge Rambo) |
| v. | (Magistrate Judge Smyser) |
| HERSHEY'S FOOD CORPORATION, HERSHEY FOOD CORPORATION EMPLOYEE BENEFIT PLAN, JOHN CANAVAN, individually and/or as Plan Administrator, DOES 1-100, STANISLAUS FOUNDATION FOR MEDICAL CARE, KEN WOLFE, individually and as Chairman and President of Hershey, and RICHARD LENNY, individually and as President and Chief Executive Officer, | FILED HARRISBURG, PA FEB 15 2002 MARY E. D'ANDREA, CLERK Per _____ Deputy Clerk |
| Defendants | |

<u>ORDER</u>

**IT IS ORDERED** that the plaintiff shall show cause on or before **February 25, 2002** why the complaint should not be dismissed pursuant to Rule 4(m). The plaintiff, if there is cause not to

dismiss, shall state the additional time that the court should allow for service to be effected.

                                                    J. Andrew Smyser
                                                    Magistrate Judge

Dated:  February 15, 2002.

AO 72A
(Rev.8/82)