## ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN SIMON, individually and assignee of assignors, DOES 1-7, <br> Plaintiffs <br><br> v. <br><br> HERSHEY FOODS CORPORATION, HERSHEY FOODS CORPORATION EMPLOYEE BENEFIT PLAN, STANISLAUS FOUNDATION FOR MEDICAL CARE, JOHN CANAVAN, individually and/or as Plan Administrator, KEN WOLFE, individually and as Chairman and President of Hershey, RICHARD LENNY, individually and as President and Chief Executive Officer, DOES 1-100, <br> Defendants. | No. 1:CV 01-1011 <br><br> (Judge Rambo) <br><br> (Magistrate Judge Smyser) |



FILED
FEB 25 2002
PER _____
HARRISBURG, PA DEPUTY CL

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Stephen Simon, hereby provides notice under Fed. R. Civ. P. 41(a)(1)(i) of Dismissal With Prejudice of all claims against Defendants, Hershey Foods Corporation, Hershey Foods Corporation Employee Benefit Plan, Stanislaus Foundation For Medical Care, John Canavan, Ken Wolfe, and Richard Lenny. This action shall be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. The parties shall bear their own costs and attorneys' fees.

/s/ Stephen Simon
Stephen Simon
Offices of Stephen Simon
1635 West Main Street, #145
Inverness, FL 34450
Telephone: (352) 527-9594

*Plaintiff In Propria Persona*

Date: February 22, 2002